TENTATIVE RULING

Debtor:     JENNIFER ANN DICKERSON
Number:     11-01992-LA13

Hearing:    10:00 AM   Wednesday, July  6, 2011

Motion:     OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN   FILED BY EDWARD G. SCHLOSS   ON BEHALF OF GUILD MORTGAGE COMPANY

Trustee's objections to confirmation **SUSTAINED**.   Plan denied confirmation; case dismissed. Debtor has failed to make plan payments.   For reasons set forth in trustee's case status report, plan is infeasible.